| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | David Austin Hardwick<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–6553<br>_ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Charissa Danee Hardwick<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–5908<br>_ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Texas | Date case filed for chapter: | 7    3/31/20 |
| Case number: | 20–40885 | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David Austin Hardwick | Charissa Danee Hardwick |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 206 N. Morrow Street<br>Blue Ridge, TX 75424 | 206 N. Morrow Street<br>Blue Ridge, TX 75424 |
| 4. | **Debtor's attorney**<br>Name and address | David Kohm<br>610 Uptown Blvd, Suite 2000<br>Cedar Hill, TX 75104 | Contact phone 817–861–8400<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Christopher Moser<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201 | Contact phone (214) 880–1805<br>Email _____ |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Debtor **David Austin Hardwick** and **Charissa Danee Hardwick**   Case number **20–40885**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at <u>www.pacer.gov</u>. | Suite 300B<br>660 North Central Expressway<br>Plano, TX 75074 | Hours open Mon–Fri 8am–4pm<br><br>Contact phone (972)509–1240<br><br>Date: 4/8/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 8, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>Renoticed to include telephonic instructions | Location:<br><br>**Telephonic Hearing–See Instructions** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/7/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                    Case No. 20-40885-btr
David Austin Hardwick                                                     Chapter 7
Charissa Danee Hardwick
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0540-4          User: admin              Page 1 of 2              Date Rcvd: Apr 08, 2020
                              Form ID: 309AR           Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2020.
db/jdb         David Austin Hardwick,    Charissa Danee Hardwick,    206 N. Morrow Street,
                Blue Ridge, TX 75424
7885701       +Alliance Radiology,    8000 W 110th St #150,    Overland Park, KS 66210-2382
7885703       +American Physician Holding PR,    8929 Parallel Parkway,    Kansas City, KS 66112-1689
7885704       +American Radiology Consultants,    712 N. Washington Avenue,    Dallas, TX 75246-1619
7885705       +Anesthesia Associates of  Kansas City PC,    8717 W. 110th Street, #600,
                Overland Park, KS 66210-2126
7885706       +Army & Air Force Exchange,    P.O. Box 740813,    Cincinnatti, OH 45274-0813
7885707        Attorney General,    Collection Division/BK Sec.,    PO Box 12548,    Austin, TX 78711-2548
7885709      ++BLALACK WILLIAMS P C,    4851 LBJ FREEWAY,    SUITE 750,    DALLAS TX 75244-6012
               (address filed with court: Blalack & Williams,     4851 LBJ Frwy, Suite 750,    Dallas, TX 75244)
7885713        CarMax Auto Finance,    P.O. Box 440609,    Kennesaw, GA 30160-9511
7885712       +Care for Women, LLC,    1004 Progress Drive, Suite 1207,    Lansing, KS 66043-6326
7885715       +Central States Recovery,    1314 N Main Street,    Hutchinson, KS 67501-4002
7885716        Children's Health,    P.O. Box 841233,    Dallas, TX 75284-1233
7885717       +Community Wealth,    P.O. Box 1908,    Greenville, TX 75403-1908
7885719       +Computer Credit Inc.,    470 W. Hanes Mill Rd.,    Winston Salem, NC. 27105-9102
7885723       +Emergency Medical Service of Kansas,    711 Marshall Street,    Leavenworth, KS 66048-3235
7885724       +Franklin Collection,    PO Box 3910,    Tupelo, MS 38803-3910
7885726       +Kansas Counselors, Inc.,    P.O. Box 14765,    Shawnee Mission, KS 66285-4765
7885727       +Kansas Counselors, Inc.,    Dept. 1759, P.O. Box 4115,    Concord, CA 94524-4115
7885732       +Miramed Revenue Group,    P.O. Box 1411,    Carol Stream, IL 60132-1411
7885733       +Mohela/US Department of Education,    633 Spirit Drive,    Chesterfield, MO 63005-1243
7885739       +Presbyterian Hospital of Rockwall,    P.O. Box 676882,    Dallas, Texas 75267-6882
7885740       +Prime Healthcare Physician Services,    8929 Parallel Parkway,    Kansas City, KS 66112-1689
7885741       +Prime Lending,    P.O. Box 77404,    Ewing, NJ 08628-6404
7885742       +Providence Medical Center,    8929 Parallel Parkway,    Kansas City, KS 66112-3607
7885743       +Receivable Management Group,    2901 University Avenue, #29,    Columbus, GA 31907-7601
7885744       +Sunflower Medical Group, PA,    5555 W. 58th Street,    Mission, KS 66202-1999
7885747       +Texas Medicine Resources, LLP Rockwall,    3150 Horizon Road,    Rockwall, TX 75032-7805
7885753       +UT Southwestern Medical Center,    at Chrildren's Medical Center,    POB 845347,
                Dallas, TX 75284-5347
7885750       +United Revenue Corp.,    204 Billings Suite 120,    Arlington, Texas 76010-2495
7885756       +Westglen GI Consultants,    7230 Renner Road,    Shawnee, KS 66217-9901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: michaelb@attorneykohm.com Apr 09 2020 04:14:39      David Kohm,
                610 Uptown Blvd, Suite 2000,    Cedar Hill, TX 75104
tr            +EDI: FCJMOSER Apr 09 2020 07:33:00       Christopher Moser,    2001 Bryan Street, Suite 1800,
                Dallas, TX 75201-3070
ust           +E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Apr 09 2020 04:18:03      US Trustee,
                Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,    Tyler, TX 75702-7231
7885700       +E-mail/Text: amscbankruptcy@adt.com Apr 09 2020 04:18:45      ADT Security Services,
                3190 Vaughn Way,    Aurora, CO 80014-3512
7885702       +EDI: GMACFS.COM Apr 09 2020 07:33:00       Ally Financial,    P.O. Box 380902,
                Bloomington, MN 55438-0902
7885708       +E-mail/Text: compliance@berlinwheeler.com Apr 09 2020 04:18:12      Berlin-Wheeler, Inc,
                2942A SW Wanamaker Dr Ste 200,    Topeka, KS 66614-4494
7885731        EDI: CBSAAFES.COM Apr 09 2020 07:33:00       Military Star,    3911 S. Walton Walker Blvd.,
                Dallas, TX 75236
7885710       +EDI: CAPITALONE.COM Apr 09 2020 07:33:00       Capital One Bank (USA), N.A.,
                6125 Lakeview Road, Suite 800,    Charlotte, NC 28269-2605
7885711        EDI: CAPITALONE.COM Apr 09 2020 07:33:00       Capital One Bank (USA), N.A.,    P.O. Box 71083,
                Charlotte, NC  28272-1083
7885714       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 09 2020 04:23:36
                Carson Smithfield, LLC,    PO Box 9216,    Old Bethpage, NY 11804-9016
7885720       +E-mail/Text: bankruptcy@credencerm.com Apr 09 2020 04:18:41
                Credence Resource Management, LLC,    17000 Dallas Parkway, Ste. 204,    Dallas, TX 75248-1940
7885721       +EDI: CMIGROUP.COM Apr 09 2020 07:33:00       Credit Management, LP,    6080 Tennyson Pkwy, #100,
                Plano, TX 75024-6002
7885722        EDI: DFAS.COM Apr 09 2020 07:33:00       Defense Financial and Account Services,
                6760 E. Irvington Place,    Denver, CO  80279
7885725        EDI: IRS.COM Apr 09 2020 07:33:00       Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
7885729       +EDI: PARALONMEDCREDT Apr 09 2020 07:33:00       Medicredit Corporation,    P.O. Box 1496,
                Maryland Heights, MO 63043-0496
7885728        EDI: PARALONMEDCREDT Apr 09 2020 07:33:00       Medicredit Corporation,    P.O. Box 1629,
                Maryland Heights, MO  63043-0629
7885730        E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 09 2020 04:23:37      Merrick Bank,
                PO Box 660702,    Dallas, Texas 75266-0702
7885737        E-mail/Text: bankruptcy@nfm.com Apr 09 2020 04:18:05      Nebraska Furniture Mart,
                P.O. Box 3456,    Omaha, NE  68103

```
District/off: 0540-4           User: admin              Page 2 of 2             Date Rcvd: Apr 08, 2020
                               Form ID: 309AR           Total Noticed: 62
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
7885734        +EDI: NFCU.COM Apr 09 2020 07:34:00      Navy Federal Credit Union,   P.O. Box 3501,
                 Merrifield, VA. 22119-3501
7885735         EDI: NFCU.COM Apr 09 2020 07:34:00      Navy Federal Credit Union,   PO Box 3302,
                 Merrifield, VA 22119-3302
7885736        +E-mail/Text: bankruptcy@nfm.com Apr 09 2020 04:18:05       Nebraska Furniture Mart,
                 P.O. Box 2335,   Omaha, NE 68103-2335
7885738        +E-mail/PDF: HCABKNotifications@resurgent.com Apr 09 2020 04:23:50
                 Overland Park Regional Medical Center,   10500 Quivira Road,   Overland Park, KS 66215-2373
7886587        +EDI: PRA.COM Apr 09 2020 07:33:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
7885745        +EDI: RMSC.COM Apr 09 2020 07:33:00      Synchrony Bank/Care Credit,   P.O. Box 960061,
                 Orlando, FL 32896-0061
7885718         E-mail/Text: pacer@cpa.state.tx.us Apr 09 2020 04:18:30       Comptroller of Public Accounts,
                 Revenue Acct. Division,   PO Box 13528,   Austin, TX 78711
7885746         E-mail/Text: bankruptcyclerk@tabc.texas.gov Apr 09 2020 04:18:40
                 Texas Alcohol Beverage Commission,   License & Permit Division,   PO Box 13127,
                 Austin, TX 78711-3127
7885748        +E-mail/Text: ridpacer@twc.state.tx.us Apr 09 2020 04:18:35       Texas Workforce Commission,
                 Tax Dept. Collection,   BK Room 556-A,   Austin, TX 78778-0001
7885749        +E-mail/Text: bankruptcydepartment@tsico.com Apr 09 2020 04:18:42       Transworld Systems, Inc.,
                 P.O. Box 15110,   Wilmington, DE 19850-5110
7885751         E-mail/Text: brooke.lewis@usdoj.gov Apr 09 2020 04:18:31       United States Attorney,
                 3rd Floor, 1100 Commerce St.,   Dallas, TX 75242
7885752         E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Apr 09 2020 04:18:03       United States Trustee,
                 1100 N College Ave,   Tyler, TX  75702
7885754        +EDI: VERIZONCOMB.COM Apr 09 2020 07:33:00      Verizon,   P.O. Box 660108,
                 Dallas, TX 75266-0108
7885755        +EDI: VERIZONCOMB.COM Apr 09 2020 07:33:00      Verizon,   140 West Street,
                 New York, NY 10007-2123
                                                                                              TOTAL: 32

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2020 at the address(es) listed below:
```
              Christopher Moser    cmoser@qslwm.com,
               cmoser@ecf.epiqsystems.com;kimhill@qslwm.com;cjm@trustesolutions.net
              David Kohm    on behalf of Debtor David Austin Hardwick michaelb@attorneykohm.com,
               ign@attorneykohm.com;bankruptcy@attorneykohm.com
              David Kohm    on behalf of Joint Debtor Charissa Danee Hardwick michaelb@attorneykohm.com,
               ign@attorneykohm.com;bankruptcy@attorneykohm.com
              US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                              TOTAL: 4
```